

# ELECTRONIC RECORD

COA # 04-13-00028-CR     OFFENSE: RESISTING ARREST

STYLE: MICHAEL LLOYD INGRAHAM V. THE STATE OF TEXAS     COUNTY: BEXAR

COA DISPOSITION: AFFIRMED     TRIAL COURT: COUNTY COURT #15

DATE: 03/19/14     Publish: NO     TC CASE #: 377978

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: MICHAEL LLOYD INGRAHAM V. THE STATE OF TEXAS     CCA #: 1201-14

_____ PRO SE _____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____ REFUSED _____     JUDGE: _____

DATE: 02/11/2015     SIGNED: _____     PC: _____

JUDGE: Per Curiam     PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____